UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Allen T. Belton</u>

     v.         Civil No. 04-cv-270-PB

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 13, 2006, no objection having been filed.

SO ORDERED.

October 10, 2006       /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge

cc: Allen T. Belton, pro se