UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Allen T. Belton

    v.                                        Civil No. 04-270-JL

Larry Blaisdell, Acting Warden,
Northern Correctional Facility,
New Hampshire State Prison


**O R D E R**

    The Clerk's Office shall appoint counsel to represent the petitioner with respect to the only remaining claim in the case, that being the ineffective assistance of counsel claim.

    The Clerk shall then schedule an evidentiary hearing on the petition on or after sixty (60) days from the date of this order.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge


Dated:  April 2, 2008

cc:  Allen T. Belton, pro se
     Susan P. McGinnis, Esq.